# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO R. COLON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-09727 R (AFM)<br><br>**JUDGMENT** |

JS-6

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Third Amended Complaint is dismissed without further leave to amend and with prejudice.

DATED: August 22, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE